# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| York International Corporation - | ) | ASBCA No. 60561 |
| York Navy Systems | ) | |
| | ) | |
| Under Contract Nos. N65540-06-D-0021 | ) | |
| N65540-04-D-0029 | ) | |

APPEARANCES FOR THE APPELLANT: Daniel P. Graham, Esq.
Ryan D. Stalnaker, Esq.
Vinson & Elkins LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Charles W. Goeke, Esq.
Samuel W. Morris, Esq.
Trial Attorneys
Defense Contract Management Agency
Chantilly, VA

## DISMISSAL ORDER

By motion dated 1 June 2016, the government, represented by the Defense Contract Management Agency, requested that this appeal be dismissed for lack of jurisdiction and mootness based upon the contracting officer's rescission of the final decision that was the basis for this appeal. By letter dated 10 June 2016, counsel to appellant, York International Corporation – York Navy Systems, stated that his client did not oppose the government's motion. Accordingly, this appeal is dismissed without prejudice.

Dated: 15 June 2016

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60561, Appeal of York International Corporation - York Navy Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2